1  James G. Mellen (SBN: 122035)
   LAW OFFICES OF JAMES G. MELLEN
2  253 Sutter Street, P.O. Box 187
   Stonyford, California 95979
3  Tele: (530) 963-3570
   Fax: (530) 963-3571
4
   Attorneys for Plaintiff
5  DAVID SWOPES

6  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN 181317); cknox@seyfarth.com
7  Agnes P. Leung (SBN 236635); aleung@seyfarth.com
   560 Mission Street, Suite 3100
8  San Francisco, California 94105
   Telephone: (415) 397-2823
9  Facsimile: (415) 397-8549

10 Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC.
11 DISABILITY INSURANCE INCOME PLAN
   (Erroneously sued as NEW UNITED MOTORS SHORT AND
12 LONG TERM DISABILITY PLAN)

13

14                UNITED STATES DISTRICT COURT

15         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 DAVID SWOPES                           )  Case No. C05-3013 PJH
                                          )
17         Plaintiff,                     )  **STIPULATION OF DISMISSAL AND
                                          )  [PROPOSED] ORDER**
18     v.                                 )
                                          )
19 NEW UNITED MOTORS SHORT AND            )
   LONG TERM DISABILITY PLAN              )
20                                        )
           Defendant.                     )
21 _____)

22     Plaintiff David Swopes and Defendant New United Motor Manufacturing, Inc. Disability

23 Insurance Income Plan (erroneously sued as New United Motors Short and Long Term Disability

24 Plan) have reached a resolution of this matter. The parties agree to dismiss this action in its

25 entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and

26 costs.

27 / / /

28 / / /

Stipulation of Dismissal and [Proposed] Order/ Case No. C05-3013 PJH

1 The parties seek the Court's approval of dismissal of this action with prejudice through the order
2 listed *infra*.

3 Dated: May 5, 2006      LAW OFFICES OF JAMES G. MELLEN

4
5 By _/s/ James G. Mellen_
        James G. Mellen
6 Attorneys for Plaintiff
   DAVID SWOPES

7
8 Dated: May 8, 2006      SEYFARTH SHAW LLP

9
10 By _/s/ Carolyn Knox_
       Carolyn A. Knox
   Attorneys for Defendant
11    NEW UNITED MOTOR
   MANUFACTURING, INC. DISABILITY
12    INSURANCE INCOME PLAN

13
14 **IT IS SO ORDERED.**

15 DATED: 5/11/06 _____

16                               Hamilton
17                               Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]